O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MELISSA LEA, Chief Deputy Warden of California Out of State Correctional Facility Unit,<br><br>　　　　Respondent. | Case No. CV 09-3321-PA (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

Dated: September 2, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE