JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO,<br><br>    Petitioner,<br><br>vs.<br><br>MELISSA LEA, Chief Deputy Warden of California Out of State Correctional Facility Unit,<br><br>    Respondent. | Case No. CV 09-3321-PA (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: September 2, 2010

                                                           PERCY ANDERSON
                                                           UNITED STATES DISTRICT JUDGE